# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No.: 17-cv-22986-UU

MARIA ALEJANDRA PEREZ-ALONSO,

    Movant,

v.

UNITED STATES OF AMERICA,

    Respondent.

_____/

## ORDER ON MAGISTRATE'S REPORT AND RECOMMENDATION

This Cause is before the Court upon Petitioner's *pro se* Petition for Writ of *Error Coram Nobis* (the "Petition"). D.E.1.

THE COURT has considered the Petition and the pertinent portions of the record, and is otherwise fully advised in the premises.

This matter was referred to Magistrate Judge Patrick A. White, who, on August 8, 2017 issued a Report (the "Report") (D.E. 3) recommending that the Petition be dismissed for Petitioner's failure to demonstrate entitlement to relief by writ of *error coram nobis*. Alternatively, to the extent the Petition is construed as a motion to vacate judgment pursuant to 28 U.S.C. § 2255, the Report recommends that the Petition be dismissed as an unauthorized second or successive § 2255 motion. The Report further recommends that no certificate of appealability issue and the case be closed. Both parties were given fourteen days to file objections to the Report. Neither party filed objections. *See LoConte v. Dugger*, 847 F.2d 145 (11th Cir. 1988), *cert. denied*, 488 U.S. 958 (1988) (holding that failure to file timely objections bars the parties from attacking factual findings on appeal).

Upon *de novo* review, the Court agrees with Magistrate Judge White's recommendation and concurs in all of his findings. Accordingly, it is

ORDERED AND ADJUDGED that the Report, D.E. 3, is RATIFIED, ADOPTED, and AFFIRMED. The Petition for Writ of *Error Coram Nobis*, D.E. 1, is DENIED. To the extent the Petition is construed as a § 2255 motion, the Petition is DISMISSED for lack of jurisdiction. It is further

ORDERED AND ADJUDGED that this case is CLOSED. It is further

ORDERED AND ADJUDGED that no certificate of appealability shall issue.

DONE AND ORDERED in Chambers in Miami, Florida, this 29th day of August, 2017.

*[signature]*

URSULA UNGARO
UNITED STATES DISTRICT JUDGE

Copies provided:
Maria Alejandra Perez-Alonso, *pro se*